UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, </br></br>  Plaintiff, </br></br> v. </br></br> JOHN DOE subscriber assigned IP address 73.39.64.121, </br></br>  Defendant. | Civil Case No. 1:18-cv-00806-CKK |

**NOTICE OF ERRATA AND CORRECTION TO SUSAN B. STALZER'S DECLARATION AND EXHIBIT IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE**

**PLEASE TAKE NOTICE** that Plaintiff, Strike 3 Holdings, LLC, inadvertently attached Tobias Fieser's Declaration to the Declaration of Susan B. Stalzer, filed as an exhibit to its Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference.  Plaintiff hereby attaches a corrected Declaration with the appropriate Exhibit D.  Plaintiff sincerely apologizes to the Court for any inconvenience.

Date: April 30, 2018

By:  /s/ *Jessica Haire*
Jessica Haire, Esq.
jhaire@foxrothschild.com
Bar No. 1011695
Fox Rothschild LLP
1030 15th Street, NW
Suite 380 East
Washington, DC 20005
Tel.: (202) 461-3100
Fax: (202) 461-3102
www.foxrothschild.com